MICHELLE L. MAISTO

FILED
SEP 14 2015

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: '15MJ2786 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. §§ 841(a)(1) |
| ) | Possession with Intent to |
| ) | Distribute, to wit, Methamphetamine |
| Marlen Alejandra RODRIGUEZ-Aispuro, ) | |
| Defendant ) | |

The undersigned complainant duly sworn states:

That on or about September 12, 2015, within the Southern District of California, defendant Marlene Alejandra Rodriguez-Aispuro did knowingly and intentionally possess with the intent to distribute approximately 20.62 kilograms (45.46 lbs.) of methamphetamine, a Schedule II controlled substances in violation of Title 21 United States Code, Section 841(a) (1);

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
Jason M. Hilsenroth
Task Force Officer
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, this 14th day of September, 2015

_____
HONORABLE RUBEN B. BROOKS

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Task Force Officer ("TFO") Jason M. Hilsenroth, with the Drug Enforcement Administration ("DEA"), declare under penalty of perjury, the following is true and correct:

On September 12th, 2015, at approximately 8:20 p.m., Border Patrol Agent ("BPA") Rolando Aldaco and his agency canine were assigned to the primary inspection area of the westbound Interstate 8 United States Border Patrol Checkpoint, in Pine Valley, California. At or near that time, a silver Ford Fusion, (hereinafter referred as a Ford) and bearing Baja California license plate A06NRE4 approached their location at the pre-primary inspection area. As the Ford passed their location, BPA Adalcos' canine alerted to the vehicle. The Ford and its driver, later identified as Marlen Alejandra RODRIGUEZ-Aispuro, were referred to secondary inspection.

At secondary inspection, BPA Adalco informed RODRIGUEZ that his canine had alerted to the vehicle and asked RODRIGUEZ for consent to perform an interior canine sniff and manual search of her vehicle. RODRIGUEZ granted consent and she was asked to exit the vehicle so the agents could conduct a search.

Agent Adalcos' canine alerted to the rear seat cushion. Upon inspection, he noticed tooling marks on the seat bolts and that the cushions felt hard. Agent Adalco pried back the plastic panel next to the seatback and saw packages wrapped in black tape, consistent with how narcotics are packaged.

A further search by BPA Adalco, BPA Barrett Fraenzl, and BPA Stephen Byrd revealed 38 packages wrapped in black tape. The packages were concealed within the front and rear driver and passenger seat bottoms and backs. BPA Adalco field tested the packages with a NARK II Field Narcotics Identification Kit. The

substance tested positive for the presumptive presence of methamphetamine. At 8:40 p.m. RODRIGUEZ was placed under arrest.

Thirty-eight wrapped packages weighing approximately 20.62 kilograms of methamphetamine were removed from inside the Ford, which was registered to RODRIGUEZ.

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe the defendant named Marlen Alejandra RODRIGUEZ-Aispuro committed the offense on September 12th, 2015, in violation of Title 21 United States Code Section 841 Subsections (a)(1) - Possession of a Controlled Substance with Intent to Distribute, to wit methamphetamine.

_____
JASON M. HILSENROTH
Task Force Officer
Drug Enforcement Administration

Executed on this 13th day of September, 2015 at San Diego, California.

6:47 AM, Sep 13, 2015

_____
HONORABLE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE